UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRAD and CASSIE VALKENAAR,<br><br>Plaintiffs,<br><br>v.<br><br>UMIALIK INSURANCE CO.,<br><br>Defendant. | No.  CV-11-0353-RHW<br><br>**ORDER GRANTING STIPULATION TO REMAND** |

On September 27, 2011, Defendant removed this case to this Court, based on diversity of citizenship. The parties now stipulate that the matter does not meet the $75,000 jurisdictional requirement and agree that the action should be remanded to State of Washington Spokane County Superior Court.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation to Remand (ECF No. 6) is **GRANTED**.

2. The above-captioned case is **REMANDED** to the State of Washington, Spokane County Superior Court.

**IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide copies to counsel, and **close the file**.

**DATED** this 14th day of November, 2011.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Court

Q:\aCIVIL\2011\Valkenaar\remand.ord.wpd

**ORDER GRANTING STIPULATION TO REMAND \* 1**